# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>SIDDLES, DENNIS D.<br>SIDDLES, RITA S.<br><br>Debtor(s) | Case No. 10-10120-WV<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3010 Fed.R.Bankr.P and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

**Claimant**                                    **Amount**

See attached

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: September 23, 2010            s/Joel C. Hall
                                    Joel C. Hall, #13643
                                    3030 Oklahoma Tower
                                    210 West Park Avenue
                                    Oklahoma City, OK  73102
                                    (405) 232-3800

Date:  09/23/10                                                                                                                                     Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-10120 - SIDDLES, DENNIS D.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Collection Service<br>3100 S.W. 59th<br>P.O.B. 44069<br>Oklahoma City, OK 73144 | 000006 | 39.50 | 1.73 |
| American Collection Service<br>3100 S.W. 59th<br>P.O.B. 44069<br>Oklahoma City, OK 73144 | 000007 | 18.20 | 0.80 |
| American Collection Service<br>3100 S.W. 59th<br>P.O.B. 44069<br>Oklahoma City, OK 73144 | 000008 | 30.00 | 1.32 |
| American Collection Service<br>3100 S.W. 59th<br>P.O.B. 44069<br>Oklahoma City, OK 73144 | 000009 | 30.00 | 1.32 |
| American Collection Service<br>3100 S.W. 59th<br>P.O.B. 44069<br>Oklahoma City, OK 73144 | 000010 | 30.00 | 1.32 |
| American Collection Service<br>3100 S.W. 59th<br>P.O.B. 44069<br>Oklahoma City, OK 73144 | 000011 | 30.00 | 1.31 |
| American Collection Service<br>3100 S.W. 59th<br>P.O.B. 44069<br>Oklahoma City, OK 73144 | 000012 | 35.00 | 1.54 |
| --------- Remittance Total --------------- | | 212.70 | 9.34 |

JOEL HALL, TRUSTEE